

### Wednesday, November 16, 1988

### MERIT DOCKET

**88-1826.** State, ex rel. Dublin, v. Delaware Cty. Bd. of Elections. In Mandamus. Writ granted.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

### MOTION DOCKET

**88-1946.** Herring v. Robertson. *Mahoning County,* No. 88 C.A. 94. On motion for stay. Motion granted, effective November 14, 1988.

Locher, J., would require a bond.

Holmes and Wright, JJ., dissent.

### MISCELLANEOUS DISMISSALS

**88-1680.** State v. Garrett. *Lucas County,* No. L-87-415. *Sua sponte,* cause dismissed for want of prosecution, effective November 9, 1988.

**88-1728.** Columbus v. Timson. *Franklin County,* No. 87AP-939. *Sua sponte,* cause dismissed for want of prosecution, effective November 9, 1988.

### Wednesday, November 23, 1988

### MERIT DOCKET

**88-1608.** Sandusky v. DeGidio. *Erie County.* No. E-87-054. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1665.** State, ex rel. Bower, v. Clarke. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1672.** State, ex rel. Washington, v. Fuerst. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1682.** Packard v. Mahoning County Court of Common Pleas. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1686.** State, ex rel. Justice, v. Peralta. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1687.** State, ex rel. Kruthaup, v. Peralta. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1714.** State, ex rel. Jenkins, v. Ohio Dept. of Rehab. & Corr. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1716.** State, ex rel. Collins, v. Burcham. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1832.** State, ex rel. Packard, v. Mahoning County Court of Common Pleas. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

